HARRIS, Administrator *de bonis non* of HOFFMAN, Defendant in Error, v. KOBUSCH, Plaintiff in Error.

### St. Louis Court of Appeals, November 18, 1907.

**APPELLATE PRACTICE: Filing Bill of Exceptions and Motion for New Trial: Record Proper.** Where the record proper fails to show the filing of a motion for new trial or bill of exceptions and no error appears on the record proper, there is nothing for the appellate court to review. The recital of the filing of such motion and bill of exceptions in the bill itself is not sufficient.

Appeal from St. Louis City Circuit Court.—*Hon. Walter B. Douglas,* Judge.

AFFIRMED.

*Wm. A. Kinnerk* for plaintiff in error.

*Julian Laughlin* for defendant in error.

GOODE, J.—Inasmuch as the record in this case fails to show the filing of a motion for new trial, or the filing of a bill of exceptions, the exceptions on which the plaintiff in error relies cannot be reviewed. It is true the filing of the motion for new trial and the

filing of the bill of exceptions are recited in the bill itself, but this has been repeatedly held to be insufficient. These facts must appear in the record proper. No error has been found in the record proper; indeed none of that character has been assigned; therefore the judgment will have to be affirmed. It is so ordered. All concur.